District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULOS Z. MISGENA,<br>(Agency # A95-308-575),<br><br>　　　　　　Petitioner/Plaintiff,<br><br>　　　v.<br><br>MICHAEL MUKASEY, Attorney General of the United States, et al.,<br><br>　　　　　　Defendants. | No. C08-1156 RSL<br><br>STIPULATION AND ORDER FOR ADJUDICATION AND VOLUNTARY DISMISSAL<br><br>**Noted on motion calendar for:**<br>**October 17, 2008.** |

### STIPULATION

WHEREAS, Petitioner Misgena's fingerprints have expired and United States Citizenship and Immigration Service ("USCIS") has scheduled an appointment to renew them on November 13, 2008 at 8:00 am;

WHEREAS, USCIS will adjudicate Petitioner's I-485 adjustment of status application within thirty (30) days after Petitioner's fingerprints are taken;

WHEREAS, this action may be dismissed without prejudice and without costs or attorney fees to either party.

**08-CV-01156-STMT**

STIPULATED MOTION REGARDING ADJUDICATION
AND FOR ORDER OF VOLUNTARY DISMISSAL - 1
(C08-1156 RSL)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Dated this 17th day of October, 2008.

2

3  JEFFREY C. SULLIVAN                          LAW OFFICES OF BART KLEIN
   United States Attorney
4

5  /s/ Priscilla T. Chan                        /s/ Bart Klein
   PRISCILLA T. CHAN, WSBA No. 28533            BART KLEIN, WSBA #10909
6  Assistant United States Attorney             Law Offices of Bart Klein
   Western District of Washington               605 First Avenue, Suite 500
7  U.S. Attorney's Office                       Seattle, WA 98104
   Western District of Washington               Phone: 206-624-3787
8  700 Stewart Street, Suite 5220               Fax: 206-624-6371
   phone: (206) 553-7970                        Email: bklein@bartklein.com
9  email: priscilla.chan@usdoj.gov              Attorneys for Plaintiff

10

11

12                              **ORDER**

13  The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The Clerk is

14  directed to send copies of this Order to all counsel of record.

15  DATED this 20th day of October, 2008.

16

17

18  _/s/ Robert S. Lasnik_
    ROBERT S. LASNIK
19  United States District Court Judge

20

21

22

23

24

25

26

27

28

STIPULATED MOTION REGARDING ADJUDICATION                United States Attorney
AND FOR ORDER OF VOLUNTARY DISMISSAL – 2                700 Stewart Street, Suite 5220
(C08-1156 RSL)                                          Seattle, Washington 98101-1271
                                                        (206) 553-7970

| | |
|---|---|
| 1 | Presented by: |
| 2 | |
| 3 | JEFFREY C. SULLIVAN<br>United States Attorney |
| 4 | /s/ Priscilla T. Chan<br>PRISCILLA T. CHAN, WSBA No. 28533 |
| 5 | Assistant United States Attorney<br>Western District of Washington |
| 6 | U.S. Attorney's Office<br>Western District of Washington |
| 7 | 700 Stewart Street, Suite 5220<br>phone: (206) 553-7970 |
| 8 | email: priscilla.chan@usdoj.gov |
| 9 | |
| 10 | LAW OFFICES OF BART KLEIN |
| 11 | /s/ Bart Klein |
| 12 | BART KLEIN, WSBA #10909<br>Law Offices of Bart Klein |
| 13 | 605 First Avenue, Suite 500<br>Seattle, WA 98104 |
| 14 | Phone: 206-624-3787<br>Fax: 206-624-6371 |
| 15 | Email: bklein@bartklein.com<br>Attorneys for Plaintiff |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATED MOTION REGARDING ADJUDICATION
AND FOR ORDER OF VOLUNTARY DISMISSAL – 3
(C08-1156 RSL)